Michael Griffith, a Minor, by William Griffith, His Father and Next Friend, Plaintiff-Appellee, v. Village of Dolton, a Municipal Corporation, Defendant-Appellant.

Gen. No. 52,749.

First District, First Division.

March 10, 1969.

Quintin B. San Hamel, Pretzel, Stouffer, Nolan & Rooney, of Chicago (Joseph B. Lederleitner, of counsel), for appellant; Griffin & Gallagher, of Chicago (Daniel A. Gallagher, of counsel), for appellee. Opinion by JUSTICE BURMAN. Not to be published in full.